

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,719-01

### EX PARTE RUBEN GARCIA, JR, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 7691-1 IN THE 82ND DISTRICT COURT FROM FALLS COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Applicant's memorandum of law and exhibits are missing.

The district clerk shall either forward the memorandum of law and exhibits to this Court or

certify in writing that these documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: December 12, 2019
Do not publish